**SHA-1 Hash:** DDD535C0C54E46380D01DE38C02F3CB7DE8CEECB    **Title:** Performers of the Year 2012
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.32.166.63 | 4/21/2012 23:02 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.33.23.161 | 5/11/2012 5:46 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.33.47.46 | 5/13/2012 15:08 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.33.9.100 | 5/25/2012 18:31 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 69.250.212.195 | 5/10/2012 18:50 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 98.204.30.150 | 4/17/2012 19:15 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 98.204.94.215 | 4/4/2012 7:10 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 98.218.224.12 | 5/25/2012 2:19 | Washington | DC | Comcast Cable | BitTorrent |
| 9 | 216.15.22.241 | 4/14/2012 5:02 | Washington | DC | RCN Corporation | BitTorrent |
| 10 | 108.56.11.41 | 3/30/2012 10:07 | Washington | DC | Verizon Internet Services | BitTorrent |
| 11 | 96.255.98.122 | 4/17/2012 14:36 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A