UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK COLLINS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No.: 1:12-cv-01040-RMC |
| v. ) | |
| ) | |
| JOHN DOES 1-11, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Patrick Collins, Inc., moves for entry of an order extending the time within Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case originally against eleven (11) John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2. On June 29, 2012, Plaintiff was granted leave to serve third party subpoenas on the ISPs to obtain the identifying information for the Defendants.

3. On July 3, 2012, Plaintiff perfected service of the subpoenas on the ISPs, demanding that they produce the identifying information for the John Doe Defendants. The subpoena compliance date was August 17, 2012.

4. To this day, however, Plaintiff has yet to receive the identity for John Doe 9 from its ISP, RCN Telecomm. Plaintiff has followed up with the ISPs on various occasions but the ISP has yet to release Doe 9's identity.

5.     Pursuant to this Rule 4(m), Plaintiff has until today, October 22, 2012, to effectuate service of the summons and Complaint upon Defendant.  As Plaintiff is not in possession of all the Defendants'' identities, it has unable to properly complete service on them in accordance with this Court's order.

6.     Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on the Defendant be extended an additional thirty (30) days, or until November 21, 2012.

WHEREFORE, Plaintiff respectfully requests that the time within it must serve the Doe Defendants with a summons and Complaint be extended until November 21, 2012.  A proposed order is attached for the Court's convenience.

Dated:  October 22, 2012

Respectfully Submitted,

By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel for Plaintiff*
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe